**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **William Marshall Whitelaw Jr.** | Social Security number or ITIN  **xxx–xx–5969** |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Southern District of Ohio**

Case number:  **2:26–bk–51271**   Case Assigned To: **Tiffany Strelow Cobb**

Date case filed for chapter  **7   3/24/26**

Official Form 309A (For Individuals or Joint Debtors)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | William Marshall Whitelaw Jr. | |
| 2. | **All other names used in the last 8 years** | aka William M Whitelaw, aka Williams Marshall Whitelaw, dba William M. Whitelaw, Jr. | |
| 3. | **Address** | 6865 Downs Street Worthington, OH 43085 | |
| 4. | **Debtor's attorney** Name and address | Sean Stone 175 South 3rd Street Suite 200 Columbus, OH 43215 | Contact phone 937–436–0033 Email: sstone@twg.law |
| 5. | **Bankruptcy trustee** Name and address | Amy L Bostic 1160 Dublin Road Suite 400 Columbus, OH 43215 | Contact phone (614) 229–4433 Email: abostic@lnlattorneys.com |

**For more information, see page 2 >**

Debtor  **William Marshall Whitelaw Jr.**                                    Case number **2:26–bk–51271**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 170 North High Street<br>Columbus, OH 43215–2414 | Hours open 9:00 am – 4:00 pm<br>Monday through Friday<br><br>Contact phone (614)469–6638<br><br>Date: 3/25/26 |
| **7.** | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 20, 2026 at 02:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.  **No unauthorized weapons are permitted on the court's premises. Cellular phones and portable electronic devices are permitted provided that they are not used to take photographs or record any court proceedings unless otherwise authorized by the court.** | Location:<br><br>**The meeting is by Zoom. Go to Zoom.us, Click on JOIN or call 1 (380) 204–6297, Enter Meeting ID 986 022 4869, and Passcode 4439350552 For additional meeting information go to www.justice.gov/ust/moc** |
| **8.** | **Presumption of abuse**<br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |

| | | | |
|---|---|---|---|
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 6/22/26** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |
| **13.** | **Abandonment** | Pursuant to L.B.R. 6007–1, the trustee may abandon any property of the estate that is burdensome to the estate or that is of inconsequential value and benefit to the estate. Further notice to creditors and other parties in interest is not required for the abandonment of any property unless a party in interest, before the conclusion of the § 341 meeting, files a request for further notice of abandonment. | |

**If you would like to receive all future notices from the Bankruptcy Court electronically (email), you may register for the courts free Electronic Bankruptcy Noticing (EBN) service. EBN is reliable, fast, and efficient. Additional details and registration are available at:  https://bankruptcynotices.uscourts.gov**

United States Bankruptcy Court

Southern District of Ohio

In re:                                                                      Case No. 26-51271-tsc

William Marshall Whitelaw, Jr.                                              Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 0648-2                    User: ad                            Page 1 of 2

Date Rcvd: Mar 25, 2026                 Form ID: 309A                       Total Noticed: 14

The following symbols are used throughout this certificate:

**Symbol        Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^              Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William Marshall Whitelaw, Jr., 6865 Downs Street, Worthington, OH 43085-2403 |
| 22078017 | + | C-Shell, LLC, PO Box 509, Worthington, OH 43085-0509 |
| 22078024 | + | Michael W. Lenhart, Sr., c/o Onda LaBuhn, 35 North Fourth St. Suite 100, Columbus, OH 43215-0267 |
| 22078025 | + | Tax Workout Group, PA, 150 E Palmetto Park Rd Suite 800, Boca Raton, FL 33432-4833 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: sstone@twg.law | Mar 25 2026 19:01:00 | Sean Stone, 175 South 3rd Street, Suite 200, Columbus, OH 43215 |
| tr | + | EDI: FALBOSTIC | Mar 25 2026 22:49:00 | Amy L Bostic, 1160 Dublin Road, Suite 400, Columbus, OH 43215-1052 |
| ust | + | Email/Text: ustpregion09.cb.ecf@usdoj.gov | Mar 25 2026 19:02:00 | Asst US Trustee (Col), Office of the US Trustee, 170 North High Street, Suite 200, Columbus, OH 43215-2417 |
| 22078016 | + | Email/PDF: bncnotices@becket-lee.com | Mar 25 2026 19:10:26 | American Express, PO BOX 981537, El Paso, TX 79998-1537 |
| 22078018 | + | EDI: CITICORP | Mar 25 2026 22:49:00 | CBNA, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 22078019 | + | EDI: CITICORP | Mar 25 2026 22:49:00 | CitiBank, 701 E. 60th St. N, Sioux Falls, SD 57104-0432 |
| 22078020 | + | EDI: USBANKARS.COM | Mar 25 2026 22:49:00 | Elan Financial/BMW, PO Box 108, Saint Louis, MO 63166-0108 |
| 22078021 | + | Email/Text: bankruptcy@huntington.com | Mar 25 2026 19:02:00 | Huntington National Bank, PO Box 1558, Columbus, OH 43216-1558 |
| 22078022 | | EDI: JPMORGANCHASE | Mar 25 2026 22:49:00 | JPMCB, PO Box 15369, Wilmington, DE 19850-5369 |
| 22078023 | ^ | MEBN | Mar 25 2026 19:04:09 | Levy & Associates, PO Box 182423, Columbus, OH 43218-2423 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

District/off: 0648-2                                      User: ad                                            Page 2 of 2
Date Rcvd: Mar 25, 2026                          Form ID: 309A                              Total Noticed: 14

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2026                         Signature:        /s/Gustava Winters