**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In the Matter of: | : | Case No. 26-51271 |
| | : | |
| William Marshall Whitelaw, Jr. | : | Chapter 7 |
| | : | |
| | : | |
| Debtor. | : | Judge Tiffany Strelow Cobb |

## <u>STIPULATION EXTENDING TIME TO OBJECT TO DISCHARGE</u>

The Chapter 7 Trustee, Amy L. Bostic (the "Trustee"), and the Debtor, William Marshall Whitelaw, Jr. (the "Debtor"), by and through undersigned counsel, hereby stipulate and agree, pursuant to Fed. R. Bankr. P. 4004(b) and S.D. Ohio Local Bankruptcy Rule 4004-2, to extend the Trustee's deadline to file a complaint objecting to the Debtor's discharge under 11 U.S.C. § 727 through and including August 22, 2026.

This Stipulation is limited to the Trustee's deadline to object to the Debtor's discharge under 11 U.S.C. § 727 and Fed. R. Bankr. P. 4004. Nothing in this Stipulation extends, modifies, or otherwise affects any deadline applicable to any creditor or other party in interest, including any deadline to file a complaint to determine dischargeability of a particular debt under 11 U.S.C. § 523 or Fed. R. Bankr. P. 4007.

The Debtor does not admit that any basis exists to object to discharge, and the Debtor expressly reserves all rights, claims, defenses, and objections, including the right to oppose any complaint or motion that may be filed.

Dated: May 7, 2026

| | |
|---|---|
| /s/ Sean Stone (per 5.7.26 email authorization) | /s/ Amy L. Bostic |
| Sean Stone (0100678) | Amy L. Bostic, Trustee (0040139) |
| Tax Workout Group, P.A. | 600 Dublin Rd., Suite 400 |
| 175 South Third Street | Columbus, Ohio 43215 |
| Columbus, OH 43215 | (614) 221-7663 |
| sstone@twg.law | (866) 345-4948 Fax |
| (937) 436-0033 | abostic@LNLattorneys.com |
| *Counsel for the Debtor* | *Chapter 7 Trustee* |